# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re:<br>MICHAEL P FARNS<br>CHRISTINA F FARNS<br>Debtor(s) | Case No. 10-04499 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/05/2010.

2) The plan was confirmed on 03/31/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 03/03/2015.

6) Number of months from filing to last payment: 61.

7) Number of months case was pending: 67.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $156,511.09.

10) Amount of unsecured claims discharged without payment: $77,861.83.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

| **Receipts:** | |
|---|---:|
| Total paid by or on behalf of the debtor | $57,918.62 |
| Less amount refunded to debtor | $1,128.62 |
| **NET RECEIPTS:** | **$56,790.00** |

| **Expenses of Administration:** | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,654.50 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,654.50** |
| Attorney fees paid and disclosed by debtor: | $1,500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| A STEP AHEAD FOOTCARE | Unsecured | 620.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 101.10 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 29.52 | NA | NA | 0.00 | 0.00 |
| AMERICAN SUZUKI FINANCIAL | Secured | 4,230.38 | 3,641.53 | 3,641.53 | 0.00 | 0.00 |
| AT & T BANKRUPTCY | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 39,185.54 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 6,346.18 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Secured | 133,300.00 | 171,275.02 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA | Secured | 6,346.18 | 4,461.67 | 4,461.67 | 4,461.67 | 0.00 |
| BLUE ISLAND PATHOLOGY | Unsecured | 21.20 | NA | NA | 0.00 | 0.00 |
| BLUE ISLAND PATHOLOGY | Unsecured | 34.40 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 11,727.00 | 11,762.90 | 10,442.03 | 10,442.03 | 876.86 |
| CHRIST HOSPITAL | Unsecured | 101.10 | NA | NA | 0.00 | 0.00 |
| CHRIST HOSPITAL | Unsecured | 412.00 | NA | NA | 0.00 | 0.00 |
| CHRIST HOSPITAL | Unsecured | 342.00 | NA | NA | 0.00 | 0.00 |
| CHRIST HOSPITAL | Unsecured | 536.00 | NA | NA | 0.00 | 0.00 |
| CHRIST HOSPITAL | Unsecured | 33.52 | NA | NA | 0.00 | 0.00 |
| CHRIST HOSPITAL | Unsecured | 342.14 | NA | NA | 0.00 | 0.00 |
| CHRIST HOSPITAL | Unsecured | 45.60 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL AUTO | Secured | 8,230.79 | 8,264.00 | 8,264.00 | 8,264.00 | 645.83 |
| CITIFINANCIAL AUTO | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CITY OF BLUE ISLAND | Secured | 224.29 | NA | NA | 0.00 | 0.00 |
| CITY OF BLUE ISLAND | Unsecured | 208.83 | NA | NA | 0.00 | 0.00 |
| CITY OF BLUE ISLAND | Unsecured | 224.29 | 177.35 | 88.10 | 70.35 | 0.00 |
| COLLECTION PROFESSIONALS | Unsecured | NA | 151.46 | 151.46 | 121.43 | 0.00 |
| COMCAST | Unsecured | 385.74 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 398.89 | 594.94 | 594.94 | 476.70 | 0.00 |
| DEPT STORES NATIONAL BANK/MA( | Unsecured | 497.00 | 497.26 | 497.26 | 398.43 | 0.00 |
| FIRST SAVINGS CREDIT CARD | Unsecured | 473.00 | NA | NA | 0.00 | 0.00 |
| FOTI CHRONOPOULOS MD SC | Unsecured | 117.40 | NA | NA | 0.00 | 0.00 |
| GEMB | Unsecured | 759.70 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| GEMB WALMART | Unsecured | 673.00 | NA | NA | 0.00 | 0.00 |
| GEMB/GE MONEY LOC | Unsecured | 379.00 | NA | NA | 0.00 | 0.00 |
| GREGORY EMERGENCY PHYSICIANS | Unsecured | 25.20 | NA | NA | 0.00 | 0.00 |
| GREGORY EMERGENCY PHYSICIANS | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| HEALTH CARE CENTERS | Unsecured | 64.40 | NA | NA | 0.00 | 0.00 |
| HEALTH CARE CENTERS | Unsecured | 18.80 | NA | NA | 0.00 | 0.00 |
| HEART CARE CTR OF IL | Unsecured | 178.00 | NA | NA | 0.00 | 0.00 |
| HEART CARE CTR OF IL | Unsecured | 45.60 | NA | NA | 0.00 | 0.00 |
| HEART CARE CTR OF IL | Unsecured | 44.60 | NA | NA | 0.00 | 0.00 |
| HEART CARE CTR OF IL | Unsecured | 11.20 | NA | NA | 0.00 | 0.00 |
| HEART CARE CTR OF IL | Unsecured | 2.40 | NA | NA | 0.00 | 0.00 |
| HOUSEHOLD FINANCE CORP | Unsecured | 916.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 768.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 141.71 | NA | NA | 0.00 | 0.00 |
| JANUS MULLIN LUKE MD | Unsecured | 109.00 | 109.00 | 61.39 | 48.87 | 0.00 |
| JC PENNEY | Unsecured | 467.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 992.00 | 868.40 | 868.40 | 695.81 | 0.00 |
| LVNV FUNDING | Unsecured | 819.00 | 400.81 | 400.81 | 321.15 | 0.00 |
| LVNV FUNDING | Unsecured | 2,988.57 | 3,001.80 | 3,001.80 | 2,406.73 | 0.00 |
| LVNV FUNDING | Unsecured | 2,114.15 | 2,123.24 | 2,123.24 | 1,702.33 | 0.00 |
| MEDCLR | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| METRO CARDIOVASCULAR CONSUL | Unsecured | 309.70 | NA | NA | 0.00 | 0.00 |
| METRO CENTER FOR HEALTH | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| METRO INFECTIOUS DISEASE CONS | Unsecured | 86.40 | NA | NA | 0.00 | 0.00 |
| METROSOUTH MEDICAL CTR | Unsecured | 380.81 | NA | NA | 0.00 | 0.00 |
| METROSOUTH MEDICAL CTR | Unsecured | 83.33 | NA | NA | 0.00 | 0.00 |
| METROSOUTH MEDICAL CTR | Unsecured | 168.34 | NA | NA | 0.00 | 0.00 |
| METROSOUTH MEDICAL CTR | Unsecured | 784.98 | NA | NA | 0.00 | 0.00 |
| METROSOUTH MEDICAL CTR | Unsecured | 148.52 | NA | NA | 0.00 | 0.00 |
| METROSOUTH MEDICAL CTR | Unsecured | 147.12 | NA | NA | 0.00 | 0.00 |
| METROSOUTH MEDICAL CTR | Unsecured | 287.60 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | NA | 778.73 | 778.73 | 623.97 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 539.14 | 544.04 | 544.04 | 435.92 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 518.17 | 248.97 | 248.97 | 199.61 | 0.00 |
| MIDWEST ANESTHESIOLOGISTS | Unsecured | 63.60 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAGNOSTIC PATHOLOGY | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAGNOSTIC PATHOLOGY | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAGNOSTIC PATHOLOGY | Unsecured | 93.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAGNOSTIC PATHOLOGY | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST ORTHOPAEDIC CONSULTA | Unsecured | 641.23 | 991.23 | 991.23 | 794.23 | 0.00 |
| MOHAMED NAAHHAS MD | Unsecured | 203.00 | NA | NA | 0.00 | 0.00 |
| MOHAMED NAAHHAS MD | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| NEW CENTURY FEDERAL C U | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 534.96 | 718.76 | 718.76 | 575.92 | 0.00 |
| OAKLAWN RADIOLOGIST | Unsecured | 20.80 | NA | NA | 0.00 | 0.00 |
| OAKLAWN RADIOLOGY IMAGING | Unsecured | 8.40 | NA | NA | 0.00 | 0.00 |
| OAKLAWN RADIOLOGY IMAGING | Unsecured | 21.00 | NA | NA | 0.00 | 0.00 |
| OAKLAWN RADIOLOGY IMAGING | Unsecured | 10.60 | NA | NA | 0.00 | 0.00 |
| OAKLAWN RADIOLOGY IMAGING | Unsecured | 49.00 | NA | NA | 0.00 | 0.00 |
| OPEN ADVANCED MRI | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| PALOS COMMUNITY HOSPITAL | Unsecured | 98.71 | NA | NA | 0.00 | 0.00 |
| PALOS COMMUNITY HOSPITAL | Unsecured | 28.92 | NA | NA | 0.00 | 0.00 |
| PALOS COMMUNITY HOSPITAL | Unsecured | 55.80 | NA | NA | 0.00 | 0.00 |
| PALOS COMMUNITY HOSPITAL | Unsecured | 17.62 | NA | NA | 0.00 | 0.00 |
| PALOS COMMUNITY HOSPITAL | Unsecured | 84.92 | NA | NA | 0.00 | 0.00 |
| PALOS COMMUNITY HOSPITAL | Unsecured | 119.88 | NA | NA | 0.00 | 0.00 |
| PALOS COMMUNITY HOSPITAL | Unsecured | 107.80 | NA | NA | 0.00 | 0.00 |
| PALOS COMMUNITY HOSPITAL | Unsecured | 11.30 | NA | NA | 0.00 | 0.00 |
| PALOS COMMUNITY HOSPITAL | Unsecured | 71.72 | NA | NA | 0.00 | 0.00 |
| PALOS COMMUNITY HOSPITAL | Unsecured | 35.11 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PALOS COMMUNITY HOSPITAL | Unsecured | 17.36 | NA | NA | 0.00 | 0.00 |
| PALOS COMMUNITY HOSPITAL | Unsecured | 41.00 | NA | NA | 0.00 | 0.00 |
| PALOS COMMUNITY HOSPITAL | Unsecured | 129.20 | NA | NA | 0.00 | 0.00 |
| PALOS COMMUNITY HOSPITAL | Unsecured | 55.80 | NA | NA | 0.00 | 0.00 |
| PALOS COMMUNITY HOSPITAL | Unsecured | 200.17 | NA | NA | 0.00 | 0.00 |
| PALOS COMMUNITY HOSPITAL | Unsecured | 75.88 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY ASSOC OF CHICAGO | Unsecured | 183.40 | NA | NA | 0.00 | 0.00 |
| PHYSICAL THERAPY & SPORTS INJ | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 1,024.00 | 1,024.49 | 1,024.49 | 820.88 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 1,559.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 3,377.00 | 3,377.89 | 3,377.89 | 2,708.27 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 700.92 | 680.78 | 680.78 | 545.48 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 2,134.50 | 2,134.50 | 2,134.50 | 1,711.36 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 13,837.96 | 13,837.96 | 13,837.96 | 11,099.33 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 1,578.17 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 2,012.28 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 1,419.10 | 1,378.13 | 1,378.13 | 1,104.24 | 0.00 |
| PREMIER BANK CARD | Unsecured | 588.00 | 588.88 | 588.88 | 471.85 | 0.00 |
| PRONGER SMITH MEDICAL ASSOCS | Unsecured | 150.00 | 140.00 | 140.00 | 112.25 | 0.00 |
| QUEST DIAGNOSTIC | Unsecured | 35.16 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY & NUCLEAR CONS LTD | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY & NUCLEAR CONS LTD | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY & NUCLEAR CONS LTD | Unsecured | 6.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY & NUCLEAR CONS LTD | Unsecured | 6.40 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY & NUCLEAR CONS LTD | Unsecured | 4.40 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY & NUCLEAR CONS LTD | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| S SUBURBAN OPEN MRI OF ORLAND | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| S SUBURBAN OPEN MRI OF ORLAND | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| S SUBURBAN OPEN MRI OF ORLAND | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST DERMATOLOGY | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST MEDICAL CONSULTAN | Unsecured | 126.60 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST MEDICAL CONSULTAN | Unsecured | 46.40 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST PHYSICIANS GRP | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| ST FRANCIS HOSPITAL | Unsecured | 109.63 | NA | NA | 0.00 | 0.00 |
| ST FRANCIS HOSPITAL | Unsecured | 238.52 | NA | NA | 0.00 | 0.00 |
| ST FRANCIS HOSPITAL | Unsecured | 101.38 | NA | NA | 0.00 | 0.00 |
| ST FRANCIS HOSPITAL | Unsecured | 196.59 | NA | NA | 0.00 | 0.00 |
| ST FRANCIS HOSPITAL | Unsecured | 605.91 | NA | NA | 0.00 | 0.00 |
| ST FRANCIS HOSPITAL | Unsecured | 164.11 | NA | NA | 0.00 | 0.00 |
| ST FRANCIS HOSPITAL | Unsecured | 556.91 | NA | NA | 0.00 | 0.00 |
| ST FRANCIS HOSPITAL | Unsecured | 281.07 | NA | NA | 0.00 | 0.00 |
| ST FRANCIS HOSPITAL | Unsecured | 267.48 | NA | NA | 0.00 | 0.00 |
| ST FRANCIS HOSPITAL | Unsecured | 75.79 | NA | NA | 0.00 | 0.00 |
| ST FRANCIS HOSPITAL | Unsecured | 639.68 | NA | NA | 0.00 | 0.00 |
| ST FRANCIS HOSPITAL | Unsecured | 242.88 | NA | NA | 0.00 | 0.00 |
| ST FRANCIS HOSPITAL | Unsecured | 16.01 | NA | NA | 0.00 | 0.00 |
| ST FRANCIS HOSPITAL | Unsecured | 14.75 | NA | NA | 0.00 | 0.00 |
| ST FRANCIS HOSPITAL | Unsecured | 40.85 | NA | NA | 0.00 | 0.00 |
| ST FRANCIS HOSPITAL | Unsecured | 190.71 | NA | NA | 0.00 | 0.00 |
| ST FRANCIS HOSPITAL | Unsecured | 897.42 | NA | NA | 0.00 | 0.00 |
| ST FRANCIS HOSPITAL | Unsecured | 259.23 | NA | NA | 0.00 | 0.00 |
| ST FRANCIS HOSPITAL | Unsecured | 320.06 | NA | NA | 0.00 | 0.00 |
| ST FRANCIS HOSPITAL | Unsecured | 195.06 | NA | NA | 0.00 | 0.00 |
| ST FRANCIS HOSPITAL | Unsecured | 270.06 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $4,461.67 | $4,461.67 | $0.00 |
| Debt Secured by Vehicle | $22,347.56 | $18,706.03 | $1,522.69 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$26,809.23** | **$23,167.70** | **$1,522.69** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$34,231.76** | **$27,445.11** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $4,654.50 |
| Disbursements to Creditors | $52,135.50 |
| **TOTAL DISBURSEMENTS** : | **$56,790.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/01/2015                    By: /s/ Tom Vaughn
                                            Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**